SUPPRESSED
FILED
JUL 25 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 08-30170-DRH-CJF |
| ) | |
| RICKY GRIFFIN, SR., ) | |
| JAMES C. NICHOLAS, ) | Title 21 |
| TURON DAVIS, ) | United States Code |
| MARLON MANUEL, ) | Sections 841(a)(1), 841(b)(1)(A), |
| MARK CLARKE, ) | and 846 |
| SANDRA CLARKE, ) | |
| DAVID CLARKE, ) | |
| LINDA SPENCE, ) | |
| JIM PAUL STEENKEN SR., and ) | |
| SHARON E. STEENKEN, ) | |
| ) | |
| Defendants. ) | |

## INDICTMENT

**Conspiracy to Distribute and Possess with Intent to Distribute Marijuana.**

**THE GRAND JURY CHARGES:**

### COUNT 1

From in or about 2000 until in or about March 2008, in St. Clair County, within the Southern District of Illinois, and elsewhere,

**RICKY GRIFFIN, SR.
JAMES C. NICHOLAS,
TURON DAVIS,
MARLON MANUEL,
MARK CLARKE,
SANDRA CLARKE,
DAVID CLARKE,
LINDA SPENCE,**

**JIM PAUL STEENKEN SR., and
SHARON E. STEENKEN,**

defendants herein, did conspire and agree with each other and with others, known and unknown to the Grand Jury, to knowingly and intentionally distribute, and possess with intent to distribute, a mixture or substance containing marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A); all in violation of Title 21, United States Code, Section 846.

The total amount of marijuana involved in the conspiracy which was reasonably forseeable to the defendants is 1,000 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

## COUNT 2 FOR FORFEITURE

As a result of the violation described in Count 1 of this Indictment, defendants

**RICKY GRIFFIN, SR.
JAMES C. NICHOLAS,
TURON DAVIS,
MARLON MANUEL,
MARK CLARKE,
SANDRA CLARKE,
DAVID CLARKE, and
LINDA SPENCE**

shall forfeit to the United States, pursuant to 21 U.S.C. Sec. 853(a), any property constituting, or derived from, any proceeds any defendant obtained, directly or indirectly, as the result of said violation and any property of any defendant used, or intended to be used, in any manner or part, to commit or to facilitate the commission of, such violation. Said property includes, but is not limited to, the following:

A. ASSORTED JEWELRY CONSISTING OF:

    1) CHAIN: 14kw GENTS CHAIN NECKLACE

    2) BENNY & CO. DIAMOND CHRONOGRAPH WATCH w/10 "FLOATING" DIAMONDS

    3) 14k HORSESHOE IN A CIRCLE MOTIF DIAMOND PENDANT & CHAIN

    4) 14k CLAPPING HANDS IN HORSESHOE MOTIF DIAMOND PENDENT & CHAIN

B. ONE 2006 MERCEDES BENZ CLS 500 VIN:**WDDDJ75X16A021106**

C. ONE 2003 CADILLAC ESCALADE VIN: **3GYFK66N73G243440**

D. ONE 1961 OLDSMOBILE STARFIRE VIN: **616C01229**

E. ONE 1966 CHEVROLET IMPALA SS VIN: **16437STL025732**

F. U.S. CURRENCY IN THE AMOUNT OF $196,635.00.

G. U.S. CURRENCY IN THE AMOUNT OF $187,290.00.

H. U.S. CURRENCY IN THE AMOUNT OF $136,420.00.

I. U.S. CURRENCY IN THE AMOUNT OF $90,291.00.

J. U.S. CURRENCY IN THE AMOUNT OF $75,000.00.

K. U.S. CURRENCY IN THE AMOUNT OF $7,890.00

L. ALL OTHER PROCEEDS OF THE VIOLATION DESCRIBED IN COUNT 1 WHICH ARE NOT ALREADY LISTED ABOVE, SAID OTHER PROCEEDS CONSISTING OF AT LEAST $ 12,000,000.

2. SUBSTITUTE PROPERTY:

In the event that any of the foregoing itemized property or currency is in whole or in part found not to be directly forfeitable as a result of the violation described in Count 1 of this Indictment, it is the intention of the United States to seek forfeiture of said asset or assets as substitute property pursuant to 21 U.S.C. Sec. 853(p).

**A TRUE BILL**

_____
FOREPERSON

_____
DANIEL T. KAPSAK
Assistant United States Attorney

_____
A. COURTNEY COX
United States Attorney

Recommended Bond:

Detention as to Ricky Griffin, Sr., James C. Nicholas, Turon Davis, Marlon Manuel, Mark Clarke, and David Clarke

$25,000 unsecured Bond as to Jim Paul Steenken, Sr., Sharon E. Steenken, Sandra Clarke, and Linda Spence.