◈AO 442    (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

      Southern       District of       Illinois

UNITED STATES OF AMERICA

V.

Ricky Griffin, Sr.

**WARRANT FOR ARREST**

Case Number: 08-30170-DRH-CJP

To: The United States Marshal
    and any Authorized United States Officer

# SUPPRESSED

YOU ARE HEREBY COMMANDED to arrest _____ Ricky Griffin, Sr. _____
                                                                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court

☐ Pretrial Release    ☐ Probation    ☐ Supervised Release    ☐ Violation Notice
    Violation Petition      Violation Petition      Violation

charging him or her with   (brief description of offense)
Conspiracy to distribute marijuana

☒ in violation of Title   21   United States Code, Section(s)   846

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

Norbert G. Jaworski                            /s/ Mona Gingrich, Deputy Clerk
Name of Issuing Officer                                     Signature of Issuing Officer

Clerk, U. S. District Court                  07/25/2008                East St. Louis, IL
Title of Issuing Officer                                            Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named individual at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

◆AO 442   (Rev. 08/07)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ Illinois

UNITED STATES OF AMERICA

V.

James C. Nicholas

**WARRANT FOR ARREST**

Case Number: 08-30170-DRH-CJP

**SUPPRESSED**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ James C. Nicholas _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court

☐ Pretrial Release Violation Petition   ☐ Probation Violation Petition   ☐ Supervised Release Violation   ☐ Violation Notice

charging him or her with  (brief description of offense)
Conspiracy to distribute marijuana

☒ in violation of Title  21  United States Code, Section(s)  846

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| Norbert G. Jaworski | Mona Jungwirth, Deputy Clerk |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Clerk, U. S. District Court | 07/25/2008                East St. Louis, IL |
| Title of Issuing Officer | Date and Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442  (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ Illinois

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| Turon Davis | Case Number: 08-30170-DRH-CJP |

To: The United States Marshal
and any Authorized United States Officer

**SUPPRESSED**

YOU ARE HEREBY COMMANDED to arrest _____ Turon Davis _____
                                                                  Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court

☐ Pretrial Release    ☐ Probation    ☐ Supervised Release    ☐ Violation Notice
   Violation Petition    Violation Petition    Violation

charging him or her with  (brief description of offense)
Conspiracy to distribute marijuana

☑ in violation of Title  21  United States Code, Section(s)  846

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| Norbert G. Jaworski | *Mona Jingrich, Deputy Clerk* |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Clerk, U. S. District Court | 07/25/2008          East St. Louis, IL |
| Title of Issuing Officer | Date and Location |

| **RETURN** ||||
|---|---|---|---|
| This warrant was received and executed with the arrest of the above-named individual at ||||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER || SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | |||

AO 442   (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ Illinois

UNITED STATES OF AMERICA

V.

Marlon Manuel

**WARRANT FOR ARREST**

Case Number: 08-30170-DRH-CJP

# SUPPRESSED

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Marlon Manuel _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court

☐ Pretrial Release       ☐ Probation              ☐ Supervised Release   ☐ Violation Notice
    Violation Petition         Violation Petition         Violation

charging him or her with   (brief description of offense)
Conspiracy to distribute marijuana

☒ in violation of Title  21  United States Code, Section(s)  846

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| Norbert G. Jaworski | *[signature]* Mona Gingrich, Deputy Clerk |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Clerk, U. S. District Court | 07/25/2008          East St. Louis, IL |
| Title of Issuing Officer | Date and Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

%AO 442    (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

　　　　　　Southern　　　　　　 District of 　　　　　　Illinois

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| Mark Clarke | Case Number: 08-30170-DRH-CJP |

To: The United States Marshal
　　and any Authorized United States Officer

**SUPPRESSED**

YOU ARE HEREBY COMMANDED to arrest　　　　　Mark Clarke
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment　　☐ Information　　☐ Complaint　　☐ Order of court

☐ Pretrial Release　　☐ Probation　　☐ Supervised Release　　☐ Violation Notice
　Violation Petition　　Violation Petition　　Violation

charging him or her with   (brief description of offense)
Conspiracy to distribute marijuana

☒ in violation of Title   21   United States Code, Section(s)   846

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| Norbert G. Jaworski | *Nancy Gingrich Deputy Clerk* |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Clerk, U. S. District Court | 07/25/2008　　　　East St. Louis, IL |
| Title of Issuing Officer | Date and Location |

| **RETURN** ||
|---|---|
| This warrant was received and executed with the arrest of the above-named individual at ||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442    (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Southern District of Illinois

| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
|---|---|
| V. | |
| Sandra Clarke | Case Number: 08-30170-DRH-CJP |

**SUPPRESSED**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Sandra Clarke_____
<br>Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court

☐ Pretrial Release   ☐ Probation   ☐ Supervised Release   ☐ Violation Notice
Violation Petition   Violation Petition   Violation

charging him or her with   (brief description of offense)
Conspiracy to distribute marijuana

☒ in violation of Title  21  United States Code, Section(s)  846

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| Norbert G. Jaworski | Mona Jmotrich, Deputy Clerk |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Clerk, U. S. District Court | 07/25/2008       East St. Louis, IL |
| Title of Issuing Officer | Date and Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442   (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Southern   District of   Illinois

UNITED STATES OF AMERICA

V.

David Clarke

**WARRANT FOR ARREST**

Case Number: 08-30170-DRH-CJP

To: The United States Marshal
and any Authorized United States Officer

**SUPPRESSED**

YOU ARE HEREBY COMMANDED to arrest   David Clarke
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court

☐ Pretrial Release Violation Petition   ☐ Probation Violation Petition   ☐ Supervised Release Violation   ☐ Violation Notice

charging him or her with   (brief description of offense)
Conspiracy to distribute marijuana

☒ in violation of Title   21   United States Code, Section(s)   846

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

Norbert G. Jaworski
Name of Issuing Officer

*Mona Gingrich, Deputy Clerk*
Signature of Issuing Officer

Clerk, U. S. District Court
Title of Issuing Officer

07/25/2008   East St. Louis, IL
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442   (Rev. 08/07)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

__Southern__ District of __Illinois__

UNITED STATES OF AMERICA

V.

Linda Spence

**WARRANT FOR ARREST**

Case Number: 08-30170-DRH-CJP

**SUPPRESSED**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Linda Spence__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court

☐ Pretrial Release Violation Petition   ☐ Probation Violation Petition   ☐ Supervised Release Violation   ☐ Violation Notice

charging him or her with  (brief description of offense)
Conspiracy to distribute marijuana

☒ in violation of Title  21  United States Code, Section(s)  846

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| Norbert G. Jaworski | Mona Gingrich, Deputy Clerk |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Clerk, U. S. District Court | 07/25/2008         East St. Louis, IL |
| Title of Issuing Officer | Date and Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442  (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Southern District of Illinois

UNITED STATES OF AMERICA

V.

Jim Paul Steenken, Sr.

**WARRANT FOR ARREST**

Case Number: 08-30170-DRH-CJP

## SUPPRESSED

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Jim Paul Steenken, Sr.
                                                                                               Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court

☐ Pretrial Release Violation Petition  ☐ Probation Violation Petition  ☐ Supervised Release Violation  ☐ Violation Notice

charging him or her with  (brief description of offense)
Conspiracy to distribute marijuana

☑ in violation of Title  21  United States Code, Section(s)  846

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

Norbert G. Jaworski                              Mona Jmfrich, Deputy Clerk
Name of Issuing Officer                             Signature of Issuing Officer

Clerk, U. S. District Court                       07/25/2008        East St. Louis, IL
Title of Issuing Officer                             Date and Location

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named individual at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442    (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ Illinois

UNITED STATES OF AMERICA

V.

Sharon E. Steenken

**WARRANT FOR ARREST**

Case Number: 08-30170-DRH-CJP

# SUPPRESSED

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Sharon E. Steenken _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court

☐ Pretrial Release      ☐ Probation           ☐ Supervised Release   ☐ Violation Notice
   Violation Petition       Violation Petition      Violation

charging him or her with  (brief description of offense)
Conspiracy to distribute marijuana

☑ in violation of Title  21  United States Code, Section(s)  846

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| Norbert G. Jaworski | Mona [signature] Deputy Clerk |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Clerk, U. S. District Court | 07/25/2008    East St. Louis, IL |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |