IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 08-30170-DRH-CJP |
| | ) | |
| RICKY GRIFFIN, SR., | ) | |
| | ) | |
| Defendant. | ) | |

## INFORMATION AS TO SENTENCING

Comes now the United States of America, by and through its attorneys, A. Courtney Cox, United States Attorney for the Southern District of Illinois, and Daniel T. Kapsak, Assistant United States Attorney, and files the following Information as to Sentencing for the above-styled Defendant for use in enhancing any sentence rendered in this cause, pursuant to Title 21, United States Code, Sections 841, 850, and 851:

(1) United States District Court, Southern District of Illinois, case number 3:98CR30062-001, Possession of marijuana, a felony, sentence imposed on or about September 18, 1998.

and

(2) St. Clair County, Illinois, Circuit Court, cause number 92-CF-1042, Unlawful Delivery of a Controlled Substance, a felony, sentence imposed on or about May 6, 1993.

Accordingly, the United States of America, in conjunction with the information listed in the above-styled cause, hereby notifies the instant Defendant and his counsel that it intends, upon conviction, to seek a sentence of at imprisonment for life without release, pursuant to Title 21,

United States Code, Section 841(b)(1)(A), based upon the fact that the Defendant has at least two

prior convictions for felony drug offenses which have become final.

Wherefore, the United States of America respectfully prays this Honorable Court to impose

upon the Defendant an enhanced sentence pursuant to Title 21, United States Code, Sections 841,

850 and 851, or for whatever other relief may be appropriate in these premises.


Respectfully submitted,

A. COURTNEY COX
United States Attorney



s/*Daniel T. Kapsak*
DANIEL T. KAPSAK
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208-1344
Phone:  (618) 628-3700
Fax:  (618) 628-3772
E-Mail:  Dan.kapsak@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 08-30170-DRH-CJP |
| | ) | |
| RICKY GRIFFIN, SR., | ) | |
| | ) | |
| Defendant. | ) | |

## Certificate of Service

I hereby certify that on March 11, 2009, I electronically filed the United States of America's

Information as to Sentencing with the Clerk of Court using the CM/ECF system which will send notification

of such filing(s) to the following:

John Rogers, Esq.

Respectfully submitted,

A. COURTNEY COX
United States Attorney

s/*Daniel T. Kapsak*
DANIEL T. KAPSAK
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208-1344
Phone:  (618) 628-3700
Fax:  (618) 628-3772
E-Mail:  Dan.kapsak@usdoj.gov