# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

[ ] Benton      [X] East St. Louis

[ ] Initial Appearance   [ ] Arraignment   [X] Change of Plea   [ ] Plea to Information

CRIMINAL NO __08-CR-30170-01-DRH__          DATE: __JUNE 12, 2009__

U.S.A vs. __RICKY GRIFFIN, SR.__          JUDGE: __CHIEF JUDGE DAVID R. HERNDON__

[X] Present   [X] Custody   [ ] Bond          REPORTER: __MOLLY CLAYTON__

DEFT. COUNSEL: __JOHN ROGERS__          DEPUTY: __SANDY PANNIER__

[X] Present [ ] Apptd [X] Retained [ ] Waived TIME: __9:30 AM - 10:25 AM__

GOVT. COUNSEL __DAN KAPSAK, AUSA__

[X] Defendant sworn

[X] Defendant waives reading of Indictment   [ ] Information read to Defendant.

[ ] Indictment WAIVED   [ ] Waiver, Consent and Information Filed _____ Count

[X] Defendant advised of constitutional rights. [X] Defendant advised of charges and penalties.

[ ] Defendant arraigned on [ ] indictment   [ ] information

[X] Defendant withdraws plea of Not Guilty as to Count(s) __1 OF THE INDICTMENT__

[X] Plea:       [ ] NOT GUILTY as to Count(s) _____

[X] GUILTY as to Count(s) __1 OF THE INDICTMENT__ **

[ ] NOLLE CONTENDERE as to Count(s) _____

[ ] No Plea Agreement   [X] Plea Agreement   [X] Written   [ ] Oral

[X] Court accepts plea of guilty and adjudges defendant guilty.

[ ] Oral Motion for Detention made by government counsel. [ ] GRANTED [ ] DENIED

[ ] Detention/Preliminary/Removal hearing set for _____ at _____ in ESL before _____ *

[X] Matter referred to U.S. Probation for pre-sentence investigation and report.

[ ] Defendant waives pre-sentence investigation and consents to be sentenced immediately

[X] Disposition set for __FRIDAY, SEPT. 18, 2009__ at __9:30 AM__ in East St. Louis, IL before Chief Judge David R. Herndon*

[ ] Bond   [ ] Continued   [ ] Revoked   [ ] Changed/Amended (See next page)

[x] Defendant remanded to custody of U.S. Marshal.

[ ] Order of detention previously entered to remain in full force and effect.

* [X] NO FURTHER NOTICE WILL BE GIVEN

**__COUNT 2 IS FORFEITURE COUNT AND DEFENDANT AGREES TO FORFEITURE AS CONTAINED IN COUNT 2.__