**FILED**
**JUN 1 2 2009**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 08-30170-DRH-CJP |
| ) | |
| RICKY GRIFFIN, SR., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF FACTS

Comes now A. Courtney Cox, Assistant United States Attorney for the Southern District of Illinois, and Daniel T. Kapsak, Assistant United States Attorney for said District, and herewith enters into the following Stipulation of Facts with the defendant,

1. The Defendant, during the time frame alleged in the conspiracy, became a member and furthered the conspiracy by participating in activities in furtherance of the conspiracy.

2. In November 2007, the Defendant purchased approximately 500 pounds of marijuana from co-conspirator Turon Davis.

3. In December 2007, the Defendant purchased approximately 600 pounds of marijuana from Juan Solis, an Arizona-based supplier.

4. In February 2008, the Defendant purchased at least 30 pounds of marijuana from co-conspirator Turon Davis.

5. Between 2000 and 2007, the Defendant obtained and distributed at least 6,000 pounds of marijuana.

6. The defendant agrees that acts in furtherance of the conspiracy, and substantial quantities of the drugs associated with the conspiracy, took place, or were distributed, within the Southern District of Illinois.

**SO STIPULATED:**

_____
RICKY GRIFFIN, SR.
Defendant

_____
JOHN ROGERS
Attorney for Defendant

Date: 6/12/09

A. COURTNEY COX
United States Attorney

_____
DANIEL T. KAPSAK
Assistant United States Attorney

Date: 6/12/09