IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**RICKY GRIFFIN, SR.,**

**Defendant.** No. 08-30170-DRH

## ORDER

**HERNDON, Chief Judge**:

Pending before the Court is the Government's motion to withdraw information charging prior offense (Doc. 207). Based on the reasons stated in the motion. Said motion is **GRANTED**.

**IT IS SO ORDERED.**

Signed this 9th day of July, 2009.

/s/     David R Herndon

**Chief Judge
United States District Court**