IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 08-30170-DRH-CJP |
| ) | |
| RICKY GRIFFIN, SR., ) | |
| ) | |
| Defendant. ) | |

**PRELIMINARY ORDER FOR FORFEITURE PURSUANT TO FED.R.CRIM.P. 32.2
WITH RESPECT TO RICKY GRIFFIN, SR.**

In the Indictment filed in the above cause on July 25, 2008, the United States sought forfeiture of property of defendant, Ricky Griffin, Sr., pursuant to 21 U.S.C. § 853(a). The court, upon consideration of the guilty plea received in this matter, hereby finds by a preponderance of evidence that the following property is forfeitable and hereby orders forfeited the following property:

**One 2003 Cadillac Escalade, VIN: 3GYFK66N73G243440, with all accessories, attachments and components thereon.**

The United States shall, under the authority of 21 U.S.C. § 853(n)(1) to " publish notice of the order and of its intent to dispose of the property in such matter as the Attorney General may direct," provide notice of the forfeiture and the right of persons other than the defendant who have any claim or legal interest in any of the property to file a petition with the Court. Said notice shall be provided in a manner consisted with Supplemental Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The notice shall state that the petition shall be set for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's claim and the release.

The United States may, also to the extent practicable, provide direct written notice to any person

known to have alleged an interest in the property that is the subject of the Order for Forfeiture, as the substitute for the published notice to those persons so notified.

Upon the filing a petition alleging the third-party interests in the property, the court may amend this order to resolve the claimed third-party interests.

The United States Marshal shall seize and reduce to his possession, if he has not already done so, the above-described property.

Defendant asserts no legal or equitable interest in the following properties, agrees that he has no objection to the forfeiture of same, and hereby consents to their forfeiture:

    A.    ASSORTED JEWELRY CONSISTING OF:

        1)    CHAIN: 14kw GENTS CHAIN NECKLACE;

        2)    BENNY & CO. DIAMOND CHRONOGRAPH WATCH w/10 "FLOATING" DIAMONDS;

        3)    14k HORSESHOE IN A CIRCLE MOTIF DIAMOND PENDANT & CHAIN; and

        4)    14k CLAPPING HANDS IN HORSESHOE MOTIF DIAMOND PENDENT & CHAIN .

    B.    ONE 2006 MERCEDES BENZ CLS 500 VIN:WDDDJ75X16A021106;

    C.    ONE 2003 CADILLAC ESCALADE VIN: 3GYFK66N73G243440;

    D.    ONE 1961 OLDSMOBILE STARFIRE VIN: 616C01229;

    E.    ONE 1966 CHEVROLET IMPALA SS VIN: 16437STL025732;

    F.    U.S. CURRENCY IN THE AMOUNT OF $196,635.00;

    G.    U.S. CURRENCY IN THE AMOUNT OF $187,290.00;

    H.    U.S. CURRENCY IN THE AMOUNT OF $136,420.00;

    I.    U.S. CURRENCY IN THE AMOUNT OF $90,291.00;

    J.    U.S. CURRENCY IN THE AMOUNT OF $75,000.00; and

      K.      U.S. CURRENCY IN THE AMOUNT OF $7,890.00.

This Order, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, shall become final with respect to Defendant Ricky Griffin, Sr. at the time of the Defendant's sentencing, regardless of whether or not the rights of actual or potential third-party petitioners have been determined by that time. This Order shall be made part of the sentence of Defendant Ricky Griffin, Sr. and shall be included in the Judgment imposed against said Defendant. This Order is a final order with respect to said Defendant, and this Order may be amended with respect to petitions filed by third-parties claiming an interest in the subject-matter forfeited property.

**DATE: September 25, 2009**

                                      /s/      *David R Herndon*

                                      **Chief Judge**
                                      **United States District Court**