IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 08-30170-DRH-CJP |
| | ) | |
| RICKY GRIFFIN, SR., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon Motion of the United States, GMAC shall within thirty days, file, under oath, a statement outlining the total indebtedness owed to GMAC as of January 5, 2010 for the subject vehicle, showing how said amount was computed, and stating the per diem interest accumulating after January 5, 2010 until the lien is paid.  The United States will within thirty days after said filing submit either a proposed order disposing of the vehicle, or, in the event that it disputes the amount of the claim of GMAC, an appropriate objection.

**IT IS SO ORDERED.**

Date: January 13, 2010

/s/    *David R. Herndon*

**Chief Judge**
**United States District Court**