UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

United States of America,

       Plaintiff,                     Case No.  3:08CR30170-004

     v.

Marlon Manuel,

       Defendant,

=====================================
First Community Credit Union,

       Garnishee.

## ORDER

Upon motion of the United States of America, pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, and for good cause shown, it is hereby **ORDERED** that the Writ of Garnishment on First Community Credit Union in this cause be and the same is hereby **DISMISSED without prejudice**.

DATED: April 5, 2013

Digitally signed by David R. Herndon
Date: 2013.04.05 11:18:27 -05'00'

Chief Judge
United States District Court